110 P.3d 408

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Eberly | 24750 | 04/18/2005 Granted | —— Hawai'i ——, —— P.3d —— |
| State v. Gomes | 26466 | 04/12/2005 Granted | 107 Hawai'i 253, 112 P.3d 739 |
| State v. Sabog | 24835 | 04/21/2005 Granted | 108 Hawai'i 102, 117 P.3d 834 |
| Survivors of Young v. Island Feeling, Inc. | 25661 | 04/25/2005 Granted | —— Hawai'i ——, —— P.3d —— |